IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **PHILLIP DOSKOCIL,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:17-CV-2434-L-BK** |
| | § | |
| **NANCY A. BERRYHILL,** | § | |
| **Acting Commissioner of the Social Security Commission,** | § | |
| | § | |
| Defendant. | § | |

# ORDER

This social security appeal was referred to United States Magistrate Renée Harris Toliver, who entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on April 26, 2018, recommending that the court grant Defendant's Unopposed Motion to Remand (Doc. 19), reverse the Commissioner's decision, and remand this case for further administrative proceedings. No objections to the Report were filed.

After reviewing the motions, briefs, file, record in this case, and Report, the court determines that the magistrate judge's findings and conclusions are correct, and **accepts** them as those of the court. Accordingly, Defendant's Unopposed Motion to Remand (Doc. 19) is **granted**; Plaintiff's Motion for Summary Judgment (Doc. 15) is **denied as moot**; the Commissioner's decision is **reversed**; and this case is **remanded** for further proceedings consistent with the magistrate judge's Report.

**It is so ordered** this 29th day of May, 2018.

                              Sam A. Lindsay
                              United States District Judge